IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Teresa Robin Hayes, | ) | C.A. No. 4:07-3905-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Rugged Warehouse, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the defendant's motion to dismiss counts two and three of plaintiff's complaint be granted. No objections have been filed by either plaintiff or defendant.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate

1

2

Judge's Report is **ACCEPTED** (Doc. # 16), and defendant's motion to dismiss counts two and three of plaintiff's complaint is **GRANTED**.

**IT IS SO ORDERED.**

                                        s/ Terry L. Wooten
                                          **TERRY L. WOOTEN**
                                       **UNITED STATES DISTRICT JUDGE**

**July 11, 2008**
Florence, South Carolina

2